UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>**MINUTES OF PROCEEDINGS**</u>

| | |
|---|---|
| **<u>NEWARK</u>** | **<u>4/22/2021</u>** |
| **OFFICE** | **DATE OF PROCEEDINGS** |

**MAGISTRATE JUDGE:**
**JAMES B. CLARK**

**DEPUTY CLERK:**
**STEPHEN BOND**

**TITLE OF CASE**:                                                                 20-MJ-12327-JBC

    US v. VIJAY MANE

**APPEARANCES:**

    Sarah Sulkowski, AUSA, for Govt
    Michael S. Horn, Retained, for defendant
    Probation: Joseph DaGrossa, USPO

**NATURE OF PROCEEDING:    SENTENCING**

Defendant sentenced to a total term of 11 months Probation.

**Special Conditions:**
1. Financial Disclosure
2. New Debt Restrictions
3. Gambling Restrictions & Registration on Exclusion List

**Restitution:** No restitution imposed
**Special Assessment:** $10 due immediately
**Fine:** $3,000 due immediately and to be paid in full within 30 days of sentencing

Court advised Defendant of limited right to appeal.

**Commenced: 12:00 PM**
**Adjourned: 12:40 PM**
**Tape/Index #: ECR**

 

*Stephen Bond*
_____
**Deputy Clerk**